UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAMELA CROOMS,

        Plaintiff

  v.                    C-1-12-731

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 14) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. This Court accepts the Report as uncontroverted. The Report and Recommendation is ADOPTED AND INCORPORATED herein.

2

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 14), plaintiff's Complaint is DISMISSED for want of prosecution and failure to obey an Order of the Court.

This matter is TERMINATED on the docket of this Court.

IT IS SO ORDERED.

s/Herman J. Weber
Herman J. Weber, Senior Judge
United States District Court
